**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**ARMOND LEWIS**                                                      **PETITIONER**

**v.**                                                      **CIVIL NO. 1:24cv60-HSO-BWR**

**JOHN LEDBETTER, Sheriff of
Jackson County, Mississippi, et al.**                  **RESPONDENTS**

**FINAL JUDGMENT**

This matter is before the Court sua sponte.    Pursuant to the Order issued this

date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this case is

dismissed without prejudice.

**SO ORDERED AND ADJUDGED**, this the 27th day of June, 2024.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE