IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ARMOND LEWIS**                                                                                   **PETITIONER**

**V.**                                                         **CIVIL NO. 1:24cv60-HSO-BWR**

**JOHN LEDBETTER, Sheriff of
Jackson County, Mississippi, et al.**                          **RESPONDENTS**

## **CERTIFICATE OF APPEALABILITY**

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the Court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Federal Rule of Appellate Procedure 22(b), and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

A Certificate of Appealability should not issue.  The applicant has failed to make a substantial showing of the denial of a constitutional right.

Date: June 27, 2024                                     *s/ Halil Suleyman Ozerden*
                                                                 HALIL SULEYMAN OZERDEN
                                                                  UNITED STATES DISTRICT JUDGE